RUSSELL I. MIYAHIRA, ESQ. SBN 122808
ALISON STEVENS SBN. 192115
HAWTHORNE CITY ATTORNEY'S OFFICE
4455 W. 126TH STREET
HAWTHORNE, CALIFORNIA 90250
TEL: (310) 349-2960
FAX: (310) 978-9861

FILED
CLERK, U.S. DISTRICT COURT
AUG 15, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

Attorneys for Defendants, CITY OF HAWTHORNE, JEFFREY TYSL (erroneously sued as Officer Tayo), MICHAEL MATSON (erroneously sued as Officer Mattson)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL GLOVER,<br><br>PLAINTIFF,<br><br>vs.<br><br>CITY OF HAWTHORNE, OFFICER TAYO, OFFICER MATTSON, Does 1-50<br><br>DEFENDANTS | CASE NO.: CV14-2451 SVW Ex<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATION TO DISMISS ACTION<br><br>JS-6 |

Based upon the stipulation of the parties filed in this action,

IT IS HEREBY ORDERED that the subject action by Plaintiff, Lionel Glover, against Defendants, City of Hawthorne, Jeffrey Tysl (erroneously sued as Officer Tayo) Michael Matson (erroneously sued as Officer Mattson) and all defendants, named or unnamed, served or unserved, is dismissed with prejudice.

DATED: August 15, 2014  By: _____/s/ Stephen V. Wilson_____
The Honorable Stephen V. Wilson
United States District Judge

[PROPOSED] ORDER – CV14-2451 SVW-Ex
- 1 -